# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVAN NERI MARTINEZ VASQUEZ,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>LAURA HERMOSILLO, et al.,<br><br>　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02282-TMC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. 9.

　Dated November 25, 2025.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　*/s/*Bridget Peterson
　　　　　　　　　　　　　　　　　Deputy Clerk